No. **CR - 08  00115  JF PVT**

**Filed**
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA
### *vs.*
### JONATHAN KING

## INDICTMENT

| | |
|---|---|
| **COUNT ONE**: | 18 U.S.C. § 2242(b) – Attempted Online Enticement of a Minor |
| **COUNT TWO**: | 18 U.S.C. § 2242(b) – Attempted Online Enticement of a Minor |
| **FORFEITURE ALLEGATION**: | 18 U.S.C. § 2428(a)(1) – Criminal Forfeiture |

*A true bill.*

_____
Foreperson

Filed in open court this 27 day of February

A.D. 2008

_____
United States Magistrate Judge

Bail. $ Summons

DOCUMENT NO. 1   CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

Filed
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN KING, <br><br> Defendant. | CR-08 00115 JF PVT <br><br> VIOLATIONS: Title 18, United States Code, Section 2422(b) - Attempted Online Enticement of a Minor; Title 18, United States Code, Section 2428(a)(1) - Criminal Forfeiture <br><br> SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2422(b) - Attempted Online Enticement of a Minor)

On or about and between June 15, 2007 and August 21, 2007, both dates being approximate and inclusive, in the Northern District of California, the defendant,

JONATHAN KING,

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce a person he believed had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, a violation of California Penal Code Section 288(a), Lewd Act With a Child Under Age 14, in violation of Title 18, United States Code, Section 2422(b).

**INDICTMENT**

| | |
|---|---|
| 1 | COUNT TWO: (18 U.S.C. § 2422(b) - Attempted Online Enticement of a Minor) |
| 2 | On or about and between June 15, 2007 and August 21, 2007, both dates being |
| 3 | approximate and inclusive, in the Northern District of California, the defendant, |
| 4 | JONATHAN KING, |
| 5 | using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, |
| 6 | entice, and coerce a person he believed had not attained the age of 18 years to engage in sexual |
| 7 | activity for which any person can be charged with a criminal offense, namely, a violation of |
| 8 | California Penal Code Section 261.5(d), Unlawful Sexual Intercourse With a Minor, in violation |
| 9 | of Title 18, United States Code, Section 2422(b). |
| 10 | FORFEITURE ALLEGATION: (18 U.S.C. § 2428(a)(1) - Criminal Forfeiture) |
| 11 | 1. The allegations contained in Counts One and Two of this Indictment are hereby realleged |
| 12 | and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to |
| 13 | Title 18, United States Code, Section 2428. |
| 14 | 2. Upon conviction of the offenses alleged in Counts One and Two above, the defendant, |
| 15 | JONATHAN KING, |
| 16 | shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a)(1), all |
| 17 | property, real or personal, used or intended to be used to commit or facilitate the commission of |
| 18 | the offenses of conviction, including but not limited to a Compaq computer tower, serial number |
| 19 | L52B90AQ5MP6MF, that was seized from the defendant's residence. |
| 20 | DATED:                          A TRUE BILL. |
| 21 | |
| 22 | _____ |
| | FOREPERSON |
| 23 | |
| 24 | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| 25 | |
| 26 | _____ |
| | DAVID R. CALLAWAY |
| 27 | Deputy Chief, San Jose Branch Office |
| 28 | (Approved as to form: _____ ) |
| | AUSA KNIGHT |

INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

Filed FEB 27 2008

### OFFENSE CHARGED

Counts 1 & 2 - Title 18, U.S.C. § 2242(b) - Attempted Online Enticement of a Minor

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
10 years imprisonment, $250,000 fine
5 years supervised release, $100 special assessment fee

E-FILING

### DEFENDANT - U.S.
▶ JONATHAN KING

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DISTRICT COURT NUMBER

**CR-08 00115 JF PVT**

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) SUSAN KNIGHT

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

Month/Day/Year
DATE OF ARREST ▶

Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☑ Arraignment ☑ Initial Appearance
Defendant Address:

2246 Lemonwood Ct
Hanford CA 93230

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: March 13, 2008 at 9:30am
Before Judge: Seeborg

Comments: