1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163173)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00115 JF |
|    Plaintiff, ) | |
|    v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| JONATHAN KING, ) | |
|    Defendant. ) | SAN JOSE VENUE |

On March 13, 2008, the parties in the above-captioned case appeared before the Court for an arraignment on an indictment. After the defendant entered a not guilty plea and was released on bond, the parties requested that the case be scheduled on Judge Fogel's calendar on April 2, 2008 at 9:00 a.m. In addition, Assistant United States Attorney Susan Knight requested an exclusion of time under the Speedy Trial Act from March 13, 2008 to April 2, 2008 in order for the government to provide discovery to defense counsel Sam Polverino. The defendant, through Mr. Polverino, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion

//

//

1 of time is appropriate based on the defendant's need for effective preparation of counsel.

2 SO STIPULATED:                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

4 DATED: 3/21/08                              _____/s/_____
                                              SUSAN KNIGHT
5                                             Assistant United States Attorney

6
  DATED: 3/21/08                              _____/s/_____
7                                             SAM J. POLVERINO
                                              Counsel for Mr. King

10     Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

11 under the Speedy Trial Act from March 13, 2008 to April 2, 2008. The Court finds, based on the

12 aforementioned reasons, that the ends of justice served by granting the requested continuance

13 outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant

14 the requested continuance would deny defense counsel reasonable time necessary for effective

15 preparation, taking into account the exercise of due diligence, and would result in a miscarriage

16 of justice. The Court therefore concludes that this exclusion of time should be made under 18

17 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

18 SO ORDERED.

20 DATED:_____                       _____
                                              NANDOR J. VADAS
21                                            United States Magistrate Judge