JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163173)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00115 JF |
|    Plaintiff, ) | |
|    v. ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| JONATHAN KING, ) | |
|    Defendant. ) | SAN JOSE VENUE |

On March 13, 2008, the parties in the above-captioned case appeared before the Court for an arraignment on an indictment. After the defendant entered a not guilty plea and was released on bond, the parties requested that the case be scheduled on Judge Fogel's calendar on April 2, 2008 at 9:00 a.m. In addition, Assistant United States Attorney Susan Knight requested an exclusion of time under the Speedy Trial Act from March 13, 2008 to April 2, 2008 in order for the government to provide discovery to defense counsel Sam Polverino. The defendant, through Mr. Polverino, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion

//

//

1 of time is appropriate based on the defendant's need for effective preparation of counsel.

2 SO STIPULATED: JOSEPH P. RUSSONIELLO
United States Attorney

4 DATED: 3/21/08 _____/s/_____
SUSAN KNIGHT
5 Assistant United States Attorney

6
DATED: 3/21/08 _____/s/_____
7 SAM J. POLVERINO
Counsel for Mr. King

10 Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
11 under the Speedy Trial Act from March 13, 2008 to April 2, 2008. The Court finds, based on the
12 aforementioned reasons, that the ends of justice served by granting the requested continuance
13 outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant
14 the requested continuance would deny defense counsel reasonable time necessary for effective
15 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
16 of justice. The Court therefore concludes that this exclusion of time should be made under 18
17 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
18 SO ORDERED.

20 DATED: 3/26/08 _____
NANDOR J. VADAS
21 United States Magistrate Judge