# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, April 2, 2008
**Case Number:** CR-08-00115-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**    **UNITED STATES OF AMERICA V. JONATHAN KING**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jonathan King |
| Attorneys Present: Susan Knight | Attorneys Present: Sam Polverino |

---

PROCEEDINGS:
   Status review hearing held. Counsel and defendant are present. Continued to 5/7/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.