JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163173)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> JONATHAN KING, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No. CR 08-00115 JF <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME <br><br> SAN JOSE VENUE |

   The undersigned parties respectfully request that the status hearing in the above-captioned case be continued from May 8, 2008 to June 18, 2008 at 9:00 a.m.  The reason for the continuance is that Sam Polverino, who represents the defendant, needs additional time to complete his investigation, including obtaining medical information.  In addition, the parties request an exclusion of time under the Speedy Trial Act from May 8, 2008 to June 18, 2008.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need

//

//

//

STIPULATION AND [PROPOSED] ORDER
No. 08-00115 JF              1

for effective preparation of counsel.

SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney

DATED: 5/6/08                           _____/s/_____
                                                           SUSAN KNIGHT
                                                           Assistant United States Attorney

DATED: 5/6/08                           _____/s/_____
                                                           SAM J. POLVERINO
                                                            Counsel for Mr. King

    Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing is continued from May 8, 2008 to June 18, 2008 at 9:00 a.m.

    The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from May 8, 2008 to June 18, 2008.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED:_____                    _____
                                                            JEREMY FOGEL
                                                            United States District Judge