1
2
3                           UNITED STATES DISTRICT COURT
4                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                                    SAN JOSE DIVISION
6
7
   UNITED STATES OF AMERICA,              Case Number CR-08-00115-JF
8            Plaintiff,
         V.                               Status Hearing
9
   JONATHAN KING,                         July 17, 2008
10           Defendant.
                                          CLERK'S NOTICE
11   _____

12

13  To all Parties and Attorneys of Record:

14  The status hearing set on July 16, 2008 is continued to July 17, 2008 at 9:00 a.m.

15  before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th

16  floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18  July 10, 2008                         For the Court
                                          Richard W. Wieking, Clerk
19

20                                        By:___/s/_____
                                          Diana Munz
21                                        Courtroom Deputy Clerk