JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163173)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00115 JF |
|    Plaintiff, | ) | |
|    v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME |
| JONATHAN KING, | ) | |
|    Defendant. | ) | SAN JOSE VENUE |

   The undersigned parties respectfully request that the status hearing in the above-captioned case be continued from July 7, 2008 to August 27, 2008 at 9:00 a.m. The reason for the continuance is that Sam Polverino, who represents the defendant, will be unavailable due to a trial in state court. In addition, the parties need additional time to complete their respective investigations, and have began discussing a resolution to the case. Furthermore, the parties request an exclusion of time under the Speedy Trial Act from July 7, 2008 to August 27, 2008. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's

//

//

STIPULATION AND [PROPOSED] ORDER
No. 08-00115 JF                       1

1  need for continuity and for effective preparation of counsel.

2  SO STIPULATED:                           JOSEPH P. RUSSONIELLO
                                            United States Attorney

4  DATED: 7/14/08                           _____/s/_____
                                            SUSAN KNIGHT
5                                           Assistant United States Attorney

6  DATED: 7/14/08                           _____/s/_____
7                                           SAM J. POLVERINO
                                            Counsel for Mr. King

10     Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing is
11 continued from July 7, 2008 to August 27, 2008 at 9:00 a.m.
12     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from July
13 7, 2008 to August 27, 2008. The Court finds, based on the aforementioned reasons, that the ends
14 of justice served by granting the requested continuance outweigh the best interest of the public
15 and the defendant in a speedy trial. The failure to grant the requested continuance would deny
16 defense counsel reasonable time necessary for effective preparation, taking into account the
17 exercise of due diligence, and would result in a miscarriage of justice. The Court therefore
18 concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
19 (B)(iv).
20 SO ORDERED.

22 DATED:_____                     _____
                                            JEREMY FOGEL
23                                          United States District Judge