UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, August 27, 2008
**Case Number:** CR-08-00115-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:   UNITED STATES OF AMERICA V. JONATHAN KING

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jonathan King |
| Attorneys Present: Susan Knight | Attorneys Present: Sam Polverino |

PROCEEDINGS:

Further status review hearing held. Counsel and defendant are present. Continued to 9/24/08 at 9:00 a.m. for further status review. 28 days are excluded for the reasons stated.