1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163173)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone:  (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                           UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                  SAN JOSE DIVISION
12
13 | UNITED STATES OF AMERICA,        )   No. CR 08-00115 JF
                                      )
14 |      Plaintiff,                  )
                                      )   STIPULATION AND [PROPOSED]
15 |      v.                          )   ORDER CONTINUING HEARING DATE
                                      )
16 | JONATHAN KING,                   )
                                      )   SAN JOSE VENUE
17 |      Defendant.                  )
                                      )
18 |_____     )

19     The undersigned parties respectfully request that the status hearing in the above-captioned

20 case be continued from October 8, 2008 to October 29, 2008 at 9:00 a.m.  The reason for the

21 continuance is that the parties have reached a proposed plea agreement, and government counsel

22 needs additional time to obtain supervisory approval.

23 SO STIPULATED:                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
24

25 DATED: 10/7/08                              _____/s/_____
                                          SUSAN KNIGHT
26                                        Assistant United States Attorney

27
28 DATED: 10/7/08                              _____/s/_____
                                          SAM J. POLVERINO
                                          Counsel for Mr. King

STIPULATION AND [PROPOSED] ORDER
No. 08-00115 JF                                1

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in United States v. King is continued from October 8, 2008 to October 29, 2008 at 9:00 a.m.

DATED: 10/7/08

_____
JEREMY FOGEL
United States District Judge