```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone:  (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN KING,<br><br>　　　　Defendant. | No. CR 08-00115 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING CHANGE OF<br>PLEA HEARING DATE<br><br>SAN JOSE VENUE |

The undersigned parties respectfully request that the change of plea hearing scheduled for January 14, 2009 be continued to February 11, 2009.  The parties have reached a plea agreement, and the defendant will enter a guilty plea at the next appearance.  In addition, the defendant is subject to mandatory detention under 18 U.S.C. §3143(a)(2), and will surrender to the Marshals after he enters a guilty plea.

SO STIPULATED:　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　United States Attorney

DATED: 1/12/09　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　SUSAN KNIGHT
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: 1/12/09　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　SAM POLVERINO
　　　　　　　　　　　　　　　　　　Counsel for Mr. King

1  Accordingly, the Court HEREBY ORDERS that a change of plea hearing in <u>United States v.</u>
2  <u>King</u> is continued to February ~~11~~ 25, 2009 at 9:00 a.m.
3  SO ORDERED.
4
5  DATED: 1/15/09      _____
6                      JEREMY FOGEL
                       United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-00115 JF                    2