JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN KING,<br><br>    Defendant. | No. CR 08-00115 JF<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA HEARING DATE<br><br>SAN JOSE VENUE |

    The undersigned parties respectfully request that the change of plea hearing scheduled for February 25, 2009 be continued to March 11, 2009.  The reason for the continuance is that Sam Polverino will be unavailable due to a previously scheduled family trip.  The parties have reached a plea agreement, and the defendant will enter a guilty plea on March 11, 2009.  In addition, the defendant is subject to mandatory detention under 18 U.S.C. §3143(a)(2), and will surrender to the Marshals after he enters a guilty plea.

SO STIPULATED:                            JOSEPH P. RUSSONIELLO
                                                United States Attorney

DATED: 2/11/09                                  /s/
                                                  SUSAN KNIGHT
                                                  Assistant United States Attorney

1
2  DATED: 2/11/09                            /s/
3                                            SAM POLVERINO
                                             Counsel for Mr. King
4
5
6                                    ORDER

7     Accordingly, the Court HEREBY ORDERS that a change of plea hearing in <u>United States v.</u>
8  <u>King</u> is continued to March 11, 2009 at 9:00 a.m.
9  SO ORDERED.
10
11 DATED: 2/23/09
                                             JEREMY FOGEL
12                                           United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
CR 08-00115 JF                               2