**SAM J. POLVERINO** ATTORNEY AT LAW
75 E. SANTA CLARA ST., STE. 295
SAN JOSE, CALIFORNIA 95113
Ph  408.295.3330
Fax 408.295.9830
spolverino@sjlawyer.net

Bar #87563

ATTORNEY FOR   Jonathan King

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-00115 JF |
| ) | |
| Plaintiff, ) | ~~(PROPOSED)~~ ORDER TO MODIFY |
| ) | SUPERVISED RELEASE SPECIAL |
| -vs- ) | CONDITIONS |
| ) | |
| JONATHAN KING, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO:   THE UNITED STATES PROBATION OFFICE, CENTRAL DISTRICT OF CALIFORNIA:

IT IS HEREBY ORDERED THAT Jonathan King's supervised release special conditions be modified as follows:

<u>Condition #9</u> - The defendant shall not frequent, or loiter within 100 feet feet of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18, unless approved in advance by the Probation Officer.

(Proposed) Order to Modify Supervised
Release Special Conditions
CR 08-00115 JF                                   1

Condition #10 - The defendant shall not associate or have verbal, written, telephonic, or electronic communication with any person under the age of 18, except: (a) in the presence of the parent or legal guardian of said minor, or in the presence of an adult family member of said minor that has been approved in advance by the probation officer, and (b) on the condition that the defendant notify said parent or legal guardian of his conviction in the instant offense/prior offense. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom the defendant must deal with in order to obtain ordinary and usual commercial services.

Dated: _____                    _____
                                          Honorable Beth Labson Freeman
                                          United States District Court Judge

(Proposed) Order to Modify Supervised
Release Special Conditions
CR 08-00115 JF                                      2